# Court of Appeals
# of the State of Georgia

ATLANTA, July 21, 2016

*The Court of Appeals hereby passes the following order*

**A16D0442. MICHAEL WASHER v. JANELLE HERNANDEZ.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

2016CV274782



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta, July 21, 2016.*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*